FILED

02/02/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0312

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA-23-0312

| | |
|---|---|
| T.M.B., by and through DARCY SAUNDERS, CAPITAL CITY CASE MANAGEMENT, Guardian and Conservator, <br><br> Plaintiff/Appellant, <br><br> v. <br><br> WEST MONT and STATE OF MONTANA, <br><br> Defendants/Appellees. | **ORDER GRANTING MONTANA TRIAL LAWYERS ASSOCIATION MOTION TO FILE *AMICUS* BRIEF** |

Upon motion of Montana Trial Lawyers Association ("MTLA") for leave to participate as an *amicus curiae* in the above-captioned matter, and good cause appearing therefrom,

IT IS HEREBY ORDERED that MTLA's motion is GRANTED.  MTLA shall file its *amicus* brief by the date set by this Court for the Plaintiff-Appellant to file her opening brief.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
February 2 2024